UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MALIBU MEDIA, LLC, | : |
| : | CIVIAL ACTION |
| *Plaintiff,* : | |
| : | |
| vs. : | Case No. 2:18-cv-02367-JS |
| : | |
| JAMES LEE, : | |
| : | |
| *Defendant.* : | |
| : | |

**DEFENDANT'S INITIAL DISCLOSURES PURSUANT TO FRCP 26(a)**

Pursuant to Federal Rule of Civil Procedure 26(a)(1), defendant, James Lee ("Defendant"), through his undersigned counsel, makes the following initial disclosures to the Plaintiff in the above-referenced lawsuits. These disclosures are based on information presently known and reasonably available to Defendant and which Defendant reasonably believes he may use in support of his claims and defenses. Continuing investigation and discovery may cause Defendant to amend these initial disclosures, including by identifying other potential witnesses, documents and by disclosing other pertinent information. Defendant therefore reserves the right to supplement these initial disclosures.

By providing these initial disclosures, Defendant does not represent that it is identifying every document, tangible thing or witness possibly relevant to this action. In addition, these disclosures are made without Defendant in any way waiving his right to object to any discovery request or proceeding involving or relating to the subject matter of these disclosures on any grounds, including competency, privilege, relevancy and materiality, hearsay, undue burden,

confidentiality, or any other appropriate grounds. Furthermore, these disclosures are not an admission by Defendant regarding any matter.

Each and every disclosure set forth below is subject to the above qualifications and limitations.

1. **Individuals Likely To Have Discoverable Information**

Individuals likely to have discoverable factual information that Defendant may use to support his defenses in the above-referenced lawsuits are identified in Attachment "A", which by this reference is incorporated herein.

2. **Description of Documents**

The following enumerates documents and tangible things in the possession, control or custody of Defendant that Defendant may use to support its defenses:

   a. Two Apple laptops

   b. An ASUS laptop

   c. A Samsung Note 9

   d. An Apple iPhone

   e. A Samsung Galaxy S5

   f. A Samsung S8+

   g. An ASUS ZenPro Tablet

   h. Documents describing the location of Defendant at the times described by Plaintiff in his Complaint.

3.  **<u>Computation of Damages</u>**

Defendant denies liability for damages and does not seek recovery of damages from the Plaintiff's in the lawsuit at this time (other than recovery of costs and attorney fees). Defendant would present evidence of its court costs and attorney fees after the claims against it have been denied or dismissed.

4.  **<u>Insurance</u>**

Defendant is investigating potential insurance coverage claims related to the Plaintiff's lawsuit.

_____
Michael K. Terkanian, Esquire
PA Attorney ID #320539
Terkanian Law, LLC
312 Alexander Court
Chalfont, PA 18914
215-681-8375
Email: mkt@terkanianlaw.com
Attorney for Defendant James Lee

Dated: 12/19/2018

# CERTIFICATE OF SERVICE

This is to certify that the foregoing DEFENDANT'S INITIAL DISCLOSURES was personally delivered to Attorney Christopher P. Fiore at the Rule 26(f) conference on December 10, 2018, as well as electronically filed with the Clerk of Court using the CM/ECF system that will automatically send email notification of such filing to the following attorney(s) of record:

    Christopher P. Fiore, Esquire
    Fiore & Barber, LLC
    418 Main Street
    Suite 100
    Harleysville, PA 19438

    _____
    Michael K. Terkanian, Esquire
    PA Attorney ID #320539
    Terkanian Law, LLC
    312 Alexander Court
    Chalfont, PA 18914
    215-681-8375
    Email: mkt@terkanianlaw.com
    Attorney for Defendant James Lee

Dated: 12/19/2018

**Attachment A**

| NAME / ADDRESS | TELEPHONE | RELATIONSHIP | TOPICS FOR DISCLOUSURE |
|---|---|---|---|
| Tracey Dinh<br>122 Mallard Dr. W<br>North Wales, PA 19454 | 267-467-3944 | Defendant's wife | Personal knowledge of Defendant's household, computer usage, whereabouts, and general information |
| Dong Lee<br>122 Mallard Dr. W<br>North Wales, PA 19454 | 267-918-2540 | Defendant's father | Personal knowledge of Defendant's household, computer usage, whereabouts, and general information |
| Goo Lee<br>122 Mallard Dr. W<br>North Wales, PA 19454 | 267-918-2558 | Defendant's mother | Personal knowledge of Defendant's household, computer usage, whereabouts, and general information |